## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

**CHAZ SIMONE CHIDEMEH,**

   *Plaintiff,*

v.                                                    Case No. SA-20-CV-01479-JKP

**MINDTREE LIMITED,**

   *Defendant.*

## O R D E R

This Court, having recognized the taking of a non-suit with prejudice by Plaintiff Chaz Simone Chidemeh of all the claims and causes of action she had brought against Defendant Mindtree Limited in the above-numbered and styled lawsuit, **ORDERS** that Plaintiff's claims against Defendant Mindtree Limited are **DISMISSED WITH PREJUDICE**. All costs of court are to be taxed against the party incurring same. This is a final judgment, which disposes of all parties and claims.

   **It is so ORDERED this 18th day of February 2021.**

_____
**JASON PULLIAM
UNITED STATES DISTRICT JUDGE**